Freil A Dixon Jr.

- vs -

George Strait
AND BAND
5-20-14

The STATE Morfeast unit

of TEXAS

United States Courts
Southern District of Texas
FILED

JUN 02 2014

David J. Bradley, Clerk of Court

Writ

Lubbock Tx

SO 31883

CN. 46212

#1465237

I.  I Dixon seeks relief of Courts
to file forma paupier suit against
George Strait and Band for 900 MILLN
dollar whereas my sisters Kids
got cut up by George Strait
Real name Bobby McFain where
suit against Shriff Department
of Brazoria County wouldn't never
Been filed it Strait would

II.  Have been a man of his word
and pay I Dixon —!! suits filed
against Texas and other also whereas
George Strait Band I Dixon ask
Him to pay 10.5 millon dollar file
suits against Him and He Kills two
young ladys also cut more up at
the cost in peoport

Fred Dixon Jr

- vs -

Mirpirst unit
food services

5-20-14

The
of STATE
TEXAS

WRIT

Maintenance unit

Lubbock Tx

Cn 46 272
50 31883
#MCS231

I.   I Dixon seek of Courts to file
this suit for ma paupenis for 900
tillan dollar  Against food services
Of this unit whereas Breach of security
By Anglehn Shenift Depantment And
Arm services Of United State of America
whereas services for food And propety
Of I Dixon was Stolen by ms mc Army
Wavy Airforse man + women whereas

II  I've NEEDED Help getting my
freedom Back Arm servics Also
Officea Helped Violate I Dixon And
Mother mas Burged whereas suited
for Breach of security for Records
personal Life And social security
Records payment by Heads of Arm
servicees Depantmet

Fred A Dixon Jr

- vs -

Angleton Sheriff
Department
5-20-14

The State
of / * Texas
* *
* *
* *

Writ

Lubbock T.
CN 46272
SO# 31883
# 1465237

I  I Dixon seek of courts to filed
this suit for 900 trillion dollers
for mental Abuse by Sheriff
Department Deputys Also whereas
Rape Cutting up of I Dixon
Easton Acting like Joe King
Ex Sheriff of Bonyu County Sheriff

II Whereas Sheriff Department
Deputys And Angleton unit Have
Over Run mantent unit whereas
Rape And Abuse has taken place
My Joyce W Burger has Been Been
Raped And Abuse by Sher. ff Deputys
Also taken from nursing Home in
Lake Jackson Texas whereas this has
Connection to Burt Reynold High Copenham

Fred C. Ojo Jr.
#1465237
5602 Peach Rd
Montford Unit
Lubbock TX
79404

Clerk
United States Southern
District Court PO 61010
Legal District
Houston TX
Mail 77208X1010

United States
Southern District
FILED
JUN 0 2 2014
David J. Bradley, Clerk of Court