IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRED A. DIXON, JR.,<br>TDCJ NO. 1465037,<br><br>        Plaintiff,<br><br>v.<br><br>DANNY LANDRUM, et al.,<br><br>        Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION H-14-01542 |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum Opinion and Order entered this date, the above-styled action is hereby **DISMISSED with prejudice.**

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this __9th__ day of June, 2014.

SIM LAKE
UNITED STATES DISTRICT JUDGE